**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**MARION BAUGH**  **PLAINTIFF**
**on behalf of R.W., a minor**

v.   CASE NO. 4:19-CV-00611 BSM

**ANDREW SAUL, Commissioner**
**Social Security Administration**  **DEFENDANT**

**ORDER**

After *de novo* review, United States Magistrate Judge J. Thomas Ray's recommended disposition [Doc. No. 14] is adopted. Andrew Saul's motion to dismiss [Doc. No. 8] is granted, and this case is dismissed without prejudice. Marion Baugh's motion for summary judgment [Doc. No. 13] is denied as moot.

IT IS SO ORDERED this 15th day of June, 2020.

_____
UNITED STATES DISTRICT JUDGE